In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-25-00034-CV

IN RE MARY RUFFIN

_____

**Original Proceeding**
**County Court at Law No. 1 of Jefferson County, Texas**
**Trial Cause No. 138167-CV**

_____

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Relator Mary Ruffin complains that the trial court scheduled an unnecessary hearing, reconducted a hearing, and failed to sanction her opposing party and its attorneys for their non-appearance at a hearing.

Mandamus relief is an extraordinary remedy that issues only to correct a clear abuse of discretion for which the relator has no adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Having reviewed the petition for a writ of mandamus, we conclude that

the Relator has not shown that the trial court committed a clear abuse of discretion from which there is no adequate remedy by appeal. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on February 19, 2025
Opinion Delivered February 20, 2025

Before Johnson, Wright and Chambers, JJ.